UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | | |
|---|---|---|---|
| KEVIN BOYETTE, | ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) ) | No.: | 2:23-CV-52-KAC-CRW |
| C. PHILLIPS, CHRISTY FRAZIER, and BRIDGETTE TROGDON, | ) ) ) ) | | |
| Defendants. | ) ) | | |

## JUDGMENT ORDER

For the reasons set forth in the Court's Memorandum Opinion and Order, the Court **DISMISSED** this action under Federal Rule of Civil Procedure 41(b). The Court also **CERTIFIED** that any appeal would not be taken in good faith, and **DENIED** Plaintiff leave to appeal *in forma pauperis* should he file a notice of appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. No issues remain in this case, so the Court **DIRECTS** the Clerk to close the case.

    **SO ORDERED**.

    **ENTER:**

                                                                                s/ Katherine A. Crytzer
                                                                                KATHERINE A. CRYTZER
                                                                                United States District Judge

ENTERED AS A JUDGMENT

*s/ LeAnna R. Wilson*
    CLERK OF COURT